HEIDELBERG BREWING CO., Appellant, v. NORTH AMERICAN SERVICE CO., Appellee.

No. 8260.

Circuit Court of Appeals, Sixth Circuit.

May 15, 1940.

Stanley Chrisman and Stephens L. Blakely, both of Covington, Ky., for appellant.

Howard & Howard, of Covington, Ky., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

In a suit to cancel a contract for the rental of patented advertising signs with relief prayed for enlarged by supplemental petitions to include reformation of the contract because of mutual mistake of fact, the District Court dismissed the petition because clear and convincing evidence was lacking to establish the fact that the plain and unambiguous statement contained in the writing was due to mutual mistake of the parties or error of the draftsman, or that the broad guarantee claimed by the plaintiff was a part of the consideration for the instrument or was omitted therefrom by mutual mistake; and

Upon our examination of the pleadings and evidence in the case and the detailed findings of fact and conclusions of law announced by the District Judge, it is our view that the former are in accord with the evidence and that there is no error in the law applied; now, therefore, it is hereby ordered that the judgment below, D.C., 26 F.Supp. 342, be and it is hereby affirmed.

Joseph LEE et al., Appellants, v. M. J. CONNELLY, d. b. a. Connelly Bros., Massachusetts Bonding Co., and The City of Lexington, a Municipal Corporation, Appellees.

No. 8175.

Circuit Court of Appeals, Sixth Circuit.

April 5, 1940.

J. A. Edge, of Lexington, Ky., for appellants.

Keenon, Huguelet & Kessinger, of Lexington, Ky., for appellees.

Before HICKS, SIMONS, and ARANT, Circuit Judges.

PER CURIAM.

It being stipulated by the parties to the above cause that the decision shall follow decision in the case of William Ackman et al. v. Northern States Contracting Company, The Aetna Casualty & Surety Co. et al., 6 Cir., 110 F.2d 774, it is hereby ordered that the judgment in the above cause be and it is hereby affirmed.